IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**FILED**

JUL 3 - 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

**HAZLETT, BURT & WATSON, INC.,**

Plaintiff,

v.

**VINCENT R. GALLAGHER,**

Defendant.

CIVIL ACTION NO. 5:06-CV-00029
District Judge Irene M. Keeley

## ORDER SEALING MOTION FOR CIVIL CONTEMPT ORDER & EXHIBITS

The plaintiff, Hazlett, Burt & Watson, Inc., has tendered to the Court for filing a *Motion for Civil Contempt Order* and supporting Exhibits. Plaintiff has also filed a *Motion for Order Granting Plaintiff Leave to File Motion for Civil Contempt Order under Seal*, in which it seeks leave to file the unredacted Contempt Motion and Exhibits under seal to prevent public disclosure of certain information, which it contends is confidential and private. Upon consideration of plaintiff's *Motion for Order Granting Plaintiff Leave to File Motion for Civil Contempt Order under Seal* and it appearing that the interests of justice so require, it is hereby ORDERED by the Court as follows:

1. Plaintiff's *Motion for Order Granting Plaintiff Leave to File Motion for Civil Contempt Order under Seal* shall be and is hereby granted.

2. The unredacted *Motion for Civil Contempt Order* and all Exhibits thereto shall be filed and placed under seal by the Clerk of this Court.

3. Said Contempt Motion and Exhibits may be served upon and disclosed to the alleged Contemnors, Vincent R. Gallagher, and First Financial Partners Corp., and their attorneys.

4. The identity of plaintiff's customers and all personal data identifiers contained the said Contempt Motion and Exhibits shall be protected from use and disclosure as provided herein ("Protected Information").

5. The alleged Contemnors and their counsel shall be and are hereby prohibited from using or disclosing such Protected Information for any purpose other than in this proceeding.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 3, 2007

*Irene M. Keeley*
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE