```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**HAZLETT, BURT & WATSON, INC.,**

      **Plaintiff,**

v.  //  CIVIL ACTION NO. 5:06CV29
                  (Judge Keeley)

**VINCENT R. GALLAGHER,**

      **Defendant.**

## ORDER GRANTING MOTION TO WITHDRAW

For reasons appearing to the Court, Timothy F. Cogan's Motion to Withdraw (dkt. no. 78) is hereby **GRANTED**.

IT IS SO **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 16, 2007.

                              /s/ Irene M. Keeley
                              IRENE M. KEELEY
                              UNITED STATES DISTRICT JUDGE