```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**HAZLETT, BURT & WATSON,**
**INC.,**

      **Plaintiff,**

**v.**                    **//   CIVIL ACTION NO. 5:06CV29**
                                                 **(Judge Keeley)**

**VINCENT R. GALLAGHER,**

      **Defendant.**

## ORDER SETTING HEARING ON PLAINTIFF'S
## MOTIONS FOR ENTRY OF CIVIL CONTEMPT

Plaintiff Hazlett, Burt & Watson, Inc. ("Hazlett") filed two Motions for Entry of Civil Contempt before this Court(dkt. nos. 74 & 80).  The Court schedules a hearing on these motions for **Tuesday, November 6, 2007 at 10:30 a.m.** at the Clarksburg point of holding court.  In addition to the named parties to this action, the Court **ORDERS** the appearance of First Financial Partners, Inc., Edward Zagula and Matthew Zagula.  Natural persons may appear by counsel or <u>pro se</u>, but First Financial Partners, Inc. must appear by counsel.  All counsel must enter appearance in this case before the hearing, if that counsel has not already entered an appearance. Additionally, Hazlett must file with the Court, no later than November 2, 2007, a copy of the settlement agreement entered into

among the parties which resulted in the parties moving for the case to be dismissed with prejudice on January 8, 2007.

**IT IS SO ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and to mail copies to Vincent R. Gallagher, First Financial Partners, Inc., Edward Zagula and Matthew Zagula.

DATED: October 31, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE