IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

HAZLETT, BURT & WATSON, INC.,

Plaintiff,

v.  CIVIL ACTION NO. 5:06-CV-00029
District Judge Irene M. Keeley

VINCENT R. GALLAGHER,

Defendant.

## ORDER SEALING CONFIDENTIAL SETTLEMENT AGREEMENT

The plaintiff, Hazlett, Burt & Watson, Inc., has filed a *Motion for Order Granting Plaintiff Leave to File Confidential Settlement Agreement Under Seal*, in which it seeks leave to file under seal the settlement agreement, which the Court directed plaintiff to file under its *Order Setting Hearing on Plaintiff's Motions for Entry of Civil Contempt*, filed October 31, 2007 [Document #84].

Upon consideration of plaintiff's Motion and for reasons appearing to the Court, it is hereby **ORDERED** by the Court that plaintiff's *Motion for Order Granting Plaintiff Leave to File Confidential Settlement Agreement Under Seal* is hereby granted and that the *Confidential Settlement Agreement and Mutual General Release* shall be filed and placed under seal by the Clerk of this Court.

The Clerk is directed to transmit copies of this Order to counsel of record and to mail copies to Vincent R. Gallagher, First Financial Partners Corp., Edward Zagula, and Matthew Zagula.

DATED: November 1, 2007

Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE