IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

HAZLETT, BURT & WATSON, INC.,  :
                    Plaintiff,  :
v.  :  CIVIL ACTION NO. 5:06-CV-00029
      :  District Judge Irene M. Keeley
VINCENT R. GALLAGHER,  :
                    Defendant.  :

### ORDER SEALING LIST OF SOLICITED CUSTOMERS

The plaintiff, Hazlett, Burt & Watson, Inc., has filed a *Motion for Entry of Civil Contempt Order* and has tendered for filing under seal an Exhibit to said Motion, titled *List of Solicited Customers*. Plaintiff has also filed a *Motion for Order Granting Plaintiff Leave to File List of Solicited Customers Under Seal*, in which it seeks leave to file under seal the unredacted *List of Solicited Customers* as an Exhibit to its *Motion for Entry of Civil Contempt Order* to prevent public disclosure of certain information, which it contends is confidential and private. Upon consideration of plaintiff's *Motion for Order Granting Plaintiff Leave to File List of Solicited Customers Under Seal* and it appearing that the interests of justice so require, it is hereby ORDERED by the Court as follows:

1. Plaintiff's *Motion for Order Granting Plaintiff Leave to File List of Solicited Customers Under Seal* shall be and is hereby granted.

2. The unredacted *List of Solicited Customers* shall be filed and placed under seal by the Clerk of this Court as an Exhibit to the plaintiff's *Motion for Entry of Civil Contempt Order*.

3. Said Exhibit may be served upon and disclosed to the alleged Contemnors, Vincent R. Gallagher, and First Financial Partners Corp., and their attorneys.

4. The identity of plaintiff's customers and all personal data identifiers contained in said Exhibit shall be protected from use and disclosure as provided herein ("Protected Information").

5. The alleged Contemnors and their counsel shall be and are hereby prohibited from using or disclosing such Protected Information for any purpose other than in this proceeding.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 2, 2007

Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE