IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

HAZLETT, BURT & WATSON, INC.,

      Plaintiff,

                                    Civil Action No. 5:06-CV-00029
                                    District Judge Irene M. Keeley

v.

VINCENT R. GALLAGHER,

      Defendant.

## ORDER

On a prior day came William C. Gallagher, who had previously appeared as co-counsel for Vincent R. Gallagher, Defendant above named, and moved to withdraw from representation of Defendant Gallagher for the same reasons as had been submitted by Timothy F. Cogan, of Cassidy, Myers, Cogan & Voegelin, for the Defendant. Inasmuch as it appearing that Attorney Gallagher's appearance should have also been withdrawn based upon the same grounds, it is hereby

ORDERED that William C. Gallagher is allowed to withdraw as counsel for the Defendant, Vincent R. Gallagher, above named, and will not be required to appear in any further proceedings before the Court.

      DATED:    November 2, 2007.

                                                          ENTER:

                                                          _____
                                                          United States District Judge