IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HAZLETT, BURT & WATSON, INC.,**

      **Plaintiff,**

v. // CIVIL ACTION NO. 5:06CV29
                              (Judge Keeley)

**VINCENT R. GALLAGHER,**

      **Defendant.**

## ORDER DENYING MOTION TO CONTINUE

For reasons appearing to the Court, First Financial Partners, Inc.'s Emergency Motion to Continue Hearing (dkt. no. 93) is **DENIED**.

IT IS SO **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: November 5, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE