IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HAZLETT, BURT & WATSON, INC.,

    Plaintiff,

v.

    CIVIL ACTION NO. 5:06-CV-00029
    District Judge Irene M. Keeley

VINCENT R. GALLAGHER,

    Defendant.

## AGREED ORDER SEALING REVISED LIST OF SOLICITED CUSTOMERS

Pursuant to the stipulation and agreement of the plaintiff and the Contemnors, Vincent R. Gallagher and First Financial Partners Corp., and it appearing that the interests of justice so require, it is hereby **ORDERED** by the Court as follows:

1. When tendered to the Clerk of this Court for filing by the plaintiff, Hazlett, Burt & Watson, Inc., the *Revised List of Solicited Customers* shall be filed and placed under seal.

2. The *Revised List of Solicited Customers* may be disclosed to the Contemnors, their attorneys, and Technology Services Group, Inc. or such other third-party information technology specialists, agreed upon by counsel for the parties.

3. The identity of plaintiff's customers and all personal data identifiers contained in the *Revised List of Solicited*

*Customers* shall be protected from use and disclosure as provided herein ("Protected Information").

4. The Contemnors, Vincent R. Gallagher and First Financial Partners Corp., their counsel, and any third-party information technology specialists, to which the **Revised List of Solicited Customers** is disclosed, shall be and are hereby prohibited from using or disclosing such List and the Protected Information contained therein for any purpose other than in this proceeding or as otherwise permitted by order of this Court.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: *March 10, 2008*.

*Irene M. Keeley*
IRENE M. KEELEY
**UNITED STATES DISTRICT JUDGE**

Agreed to and Approved by:

| /s/ Christopher P. Riley | /s/ Robert J. Ridge |
|---|---|
| Christopher P. Riley, Esq. | Robert J. Ridge, Esq. |
| BAILEY, RILEY, BUCH & HARMAN, L.C. | Thorp Reed & Armstrong, LLP |
| Riley Building, STE 900 | One Oxford Centre |
| 53 14th Street | 301 Grant Street, 14th Floor |
| Post Office Box 631 | Pittsburgh, PA 15219-1425 |
| Wheeling, WV 26003-0081 | Tel. (412) 394-2440 |
| Tel. (304) 232-6675 | |
| *Counsel for the Plaintiff, Hazlett, Burt & Watson, Inc.* | *Counsel for First Financial Partners, Corp, and the Defendant, Vincent R. Gallagher* |